IAN M. SAMMIS (deceased)
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue, #1
San Rafael, CA 94901
(415) 457-4200
(415) 454-5294 fax

Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Katherine Cora King,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant | Case No: **4:11-cv-01776-LB**<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

   WHEREAS, Counsel of Record Ian M. Sammis, a sole practitioner, has died and Robert C. Weems (CA Bar # 148156) has entered an appearance in this action for Plaintiff on behalf of Mr. Sammis to avoid prejudice to Plaintiff by reason of such unavailability;

1    WHEREAS, counsel requires sufficient time to provide any notice(s) as may be
2 appropriate or required by the California Rules of Professional Responsibility so that
3 Plaintiff may proceed with this representation or seek alternate counsel due to Mr.
4 Sammis' unavailability and Mr. Weems' association; and

5    WHEREAS, it is appropriate under the circumstances for associating counsel to be
6 provided with reasonable time to make such investigation as he deems necessary to
7 satisfy his non-delegable duties to the Court.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton*
8 *& Co.*, 809 F.2d 548, 558 (9th Cir.1986).

9    NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the
10 Court's approval, stipulate to a Thirty (30) days extension of all deadlines in this action.

11 SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | Leo Rufino Montenegro |
| /S/Robert C. Weems | By: /S/Leo Rufino Montenegro |
| | By email confirmation |
| Robert C. Weems, Attorney for Plaintiff on behalf of Ian M. Sammis | Special Assistant United States Attorney and Attorney for the Defendant |

SO ORDERED:

DATE: 12/22/2011

Laurel Beeler

IT IS SO ORDERED
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT
Judge Laurel Beeler